UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAUL MARTINKA,

                Plaintiff,

                                                      24 **CIVIL** 3601 (LJL)

        -against-                                        **DEFAULT JUDGMENT**

HAGEDORN COMMUNICATIONS, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated September 15, 2025, Plaintiff's motion for a default judgment is GRANTED IN PART and DENIED IN PART, and the motion for a permanent injunction is GRANTED. Defendant is PERMANENTLY ENJOINED from continuing to display or use Plaintiff's Photograph (including any altered reproductions of the same image) on its Website or in any other manner unless and until Defendant receives a license or other express consent from Plaintiff or Plaintiff's assignee. Defendant (including any officer, employee, or agent) shall IMMEDIATELY CEASE all use of Plaintiff's photograph.  Accordingly, judgment is entered in favor of Plaintiff Paul Martinka against Defendant Hagedorn Communications, Inc, in the amount of $1,500.00 in statutory damages for copyright infringement in violation of 17 U.S.C. § 501. The Court also awards attorneys' fees in the amount of $1,972.50 and costs in the amount of $460 pursuant to 17 U.S.C. § 505. The Court also awards post-judgment interest pursuant to 28 U.S.C. § 1961 and the case is closed.

**DATED**: New York, New York
               September 16, 2025

                                                                     TAMMI M. HELLWIG
                                                                     _____
                                                                        Clerk of Court

                                               BY:

                                                                     _____
                                                                         Deputy Clerk